# EXHIBIT E

| | |
|---|---|
| DISTRICT COURT, WASHINGTON COUNTY, COLORADO<br>Court Address:<br>26861 Hwy 34, P.O. Box 455, Akron, CO, 80720<br><br>HOTTINGER EXCAVATING AND READY MIX LLC<br>v.<br>R E CRAWFORD CONSTRUCTION LLC et al. | DATE FILED: March 4, 2014 3:46 PM<br>CASE NUMBER: 2013CV30013<br><br><br>⚠ COURT USE ONLY ⚠ |
| | Case Number: 2013CV30013<br>Division: B          Courtroom: |
| **Order Regarding Failure to Prosecute** | |

Absent a better explanation of the "strategic reasons" why no party has been served, this matter will be dismissed in 14 days.

Issue Date: 3/4/2014

*[signature]*

CHARLES M HOBBS
District Court Judge