IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 14–cv–00994–KMT

HOTTINGER EXCAVATING & READY MIX, LLC,

    Plaintiff,

v.

R.E. CRAWFORD CONSTRUCTION, LLC,
JEFF USELTON,
ROSE MANAGEMENT, LLC, D/B/A COSTAL ELITE,
EDGAR W. COX, JR., and
AKRON FDS, LLC,

    Defendants.

## MINUTE ORDER
**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

"Defendants R.E. Crawford Construction, LLC and Jeff Uselton's Unopposed Motion to Stay Proceedings" (Doc. No. 30, filed June 25, 2014) is DENIED. Defendants' sole basis in support of a stay is that they filed a Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6) and hope to avoid unnecessary and costly discovery in the event that motion is granted. However, while acknowledging that Plaintiff does not oppose a stay, the court finds that granting a stay of discovery solely because Defendants have asserted a Rule 12(b)(6) defense would suggest that a stay is appropriate nearly any time a defendant files a motion to dismiss. *See, e.g., Gomez v. Kroll Factual Data, Inc.,* No. 13-cv-00445-WJM-KMT, 2013 WL 1741376, at *2 (D. Colo. Apr. 23, 2013). This would not only be contrary to the disfavored status of stays in this District, but would also make the court's docket thoroughly unpredictable and, hence, unmanageable. *Id.* (citing *see Bustos v. United States,* 257 F.R.D. 617, 623 (D. Colo. 2009); *Sanaah v. Howell,* No. 08-cv-02117-REB-KLM, 2009 WL 980383, at *1 (D. Colo. Apr. 9, 2009)). Accordingly, the court declines to enter a stay discovery.

On a related matter, pursuant to the Order Setting Scheduling Planning Conference (Doc. No. 17), the parties were to file their proposed scheduling order no later than June 24, 2014. The parties did not file their proposed scheduling order on or before that date, nor did they move for

2

an extension of time.  The parties are admonished for failing to comply with a court-ordered deadline, and are directed to file their proposed scheduling order no later than June 27, 2014.

Dated: June 25, 2014