IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 14–cv–00994–KMT

HOTTINGER EXCAVATING & READY MIX, LLC,

    Plaintiff,

v.

R.E. CRAWFORD CONSTRUCTION, LLC,
JEFF USELTON,
ROSE MANAGEMENT, LLC, D/B/A COSTAL ELITE,
EDGAR W. COX, JR., and
AKRON FDS, LLC,

    Defendants.

## MINUTE ORDER
**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Based on the written consent of Defendants Uselton and R.E. Crawford Construction, LLC (Resp., Doc. No. 45)—the only defendants who have appeared in this action—Plaintiff's Motion to Amend Complaint (Doc. No. 42, filed Aug. 8, 2014) is GRANTED pursuant to Fed. R. Civ. P. 15(a)(2). Plaintiff's Amended Complaint (Doc. No. 43) is accepted as filed. Further, based on the agreement of the parties, as well as the fact that Plaintiff's Amended Complaint merely corrects that name of one of the defendants, Defendants Uselton and R.E. Crawford Construction's Motion to Dismiss (Doc. No. 21) is deemed to apply to Plaintiff's Amended Complaint.

Dated: August 14, 2014