IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 14–cv–00994–KMT

HOTTINGER EXCAVATING & READY MIX, LLC,

      Plaintiff,

v.

R.E. CRAWFORD CONSTRUCTION, LLC,
JEFF USELTON,
COASTAL ELITE, LLC,
PAUL JOHNSTON, SR.,
PAUL JOHNSTON, III,
EDGAR W. COX, JR., and
AKRON FDS, LLC,

      Defendants.

## MINUTE ORDER
**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's "Unopposed Motion to Extend Dispositive Motions Deadline" (Doc. No. 69, filed Apr. 16, 2015) is GRANTED. The dispositive motions deadline is extended until June 1, 2015.

It is further ORDERED that, in accordance with the court's new practice, the Final Pretrial/Trial Preparation Conference set for August 17, 2015 and the 3-day Jury Trial set to begin on September 21, 2015 are VACATED. The Final Pretrial/Trial Preparation and Jury Trial will be reset, if necessary, after ruling on dispositive motions, if any.

Dated: April 16, 2015